| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  KRISTIN S. DOOR, SBN 84307<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2723<br><br>5  Attorney for Plaintiff | <br>OCT 17 2006<br> |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-SW-0298-KJM |
| | ) | 2:06-SW-0299-KJM |
| Plaintiff, | ) | 2:06-SW-0300-KJM |
| | ) | 2:06-SW-0301-KJM |
| v. | ) | 2:06-SW-0302-KJM |
| | ) | 2:06-SW-0303-KJM |
| IN RE MATTER OF SEIZURE | ) | 2:06-SW-0304-KJM |
| WARRANTS FOR CERTAIN FUNDS | ) | 2:06-SW-0305-KJM |
| AND VEHICLES | ) | 2:06-SW-0306-KJM |
| | ) | |
| | ) | [PROPOSED] UNSEALING ORDER |

On October 13, 2006, the Court entered a sealing order on the affidavit and seizure warrants numbered: 2:06-SW-0298-KJM through 2:06-SW-0306-KJM. The United States now requests that the affidavit and seizure warrants listed above be unsealed.

IT IS SO ORDERED.

DATED: 10/17/06

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE